IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS (AT KANSAS CITY)

| | |
|---|---|
| IN RE: ) | |
| Lee Allen Johnson ) | Case No. 14-21060 |
| Quintella Marie Johnson ) | Chapter 13 |
| Debtors, ) | |
| ) | |
| Household Finance Corporation III by HSBC ) | |
| Consumer Lending Mortgage Services, ) | |
| loan servicing agent ) | |
| Creditor, ) | |
| ) | |
| William H. Griffin ) | |
| Trustee. ) | |

OBJECTION TO CONFIRMATION OF DEBTORS' PLAN

COMES NOW Creditor, Household Finance Corporation III by HSBC Consumer Lending Mortgage Services, loan servicing agent, by and through its attorney of record, Brandon T. Pittenger, and for its objection to confirmation of Debtors' plan states:

1. That this Creditor is a corporation authorized to do business in the state of Kansas.

2. That Debtors are individuals who have filed their petition for relief under Chapter 13 of the United States Bankruptcy Code on or about 5/02/2014.

3. That this Court has jurisdiction over these proceedings by virtue of 28 U.S.C. §1471 and 11 U.S.C. §1301, et al.

4. That the collateral for the claim of this Creditor is a security interest in real property described as follows:

The following described real estate situated in the Douglas County, State of
Kansas, to-wit:

Lot 7, in Praire Meadows No. 24, an addition to the city of Lawrence, as shown
by the recorded plat thereof, in Douglas County, Kansas.

Commonly known as and numbered 2824 Harrison Place, Lawrence, KS 66047.

5. That Debtors' proposed Chapter 13 Plan and Plan Summary states that the pre-petition arrearage to HSBC Consumer Lending Mortgage Services is $0.00 and that the ongoing mortgage payments of $1,506.13 are to be paid outside the Plan; however, the correct pre-petition arrearage is $6,767.91, consequently requiring Debtors' ongoing monthly mortgage payments to be paid inside the Plan by Trustee in amount of $1,506.13 per month.

WHEREFORE, Creditor requests that upon final hearing of this objection, Debtors be denied confirmation of their plan, unless the requirements set forth by Creditor are met and agreed to.

> *s/ Brandon T. Pittenger*
> McNEARNEY, PITTENGER
> & ASSOCIATES, LLC
> Brandon T. Pittenger   #20296
> Teri L. Westbrook      #23578
> 6800 College Blvd., Suite 400
> P.O. Box 7410
> Overland Park, KS 66207
> (913) 323-4595, Ext. 139
> FAX (913) 661-1747
> Email: ecf@mcnearneylaw.com
> ATTORNEYS FOR CREDITOR

I hereby certify that a copy of the foregoing was mailed electronically or via U.S. Postal Service on June 11, 2014 to:

Jonathan C. Becker
3120 Mesa Way Suite B
Lawrence, KS 66049-2344
ATTORNEY FOR DEBTORS

William H. Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205
TRUSTEE


*s/ Brandon T. Pittenger*